DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITION TO REHEAR

## BD. OF ADJT. OF THE TOWN OF SWANSBORO v. TOWN OF SWANSBORO

No. 16A93

Case below: 334 N.C. 421

Petition by plaintiff to rehear pursuant to Rule 31 denied 7 October 1993.